## LEVI et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—LACES.

Laces of which wool or worsted is a component material were dutiable under paragraph 398 of the act of October 1, 1890, and did not come under paragraph 413, even though silk is the component material of chief value.

This was an application to review a decision of the board of general appraisers affirming a decision of the collector of the port of New York, in regard to the classification for duties, under the act of October 1, 1890, of certain fabrics. The board found that they were laces composed of silk and mohair, the latter being a product of wool or worsted, and that the mohair was more than 12 per cent. of their entire value.

W. Wickham Smith, for plaintiffs.

James T. Van Rensselaer, Asst. U. S. Atty.

WHEELER, District Judge. These fabrics are silk laces, of which silk is the component material of chief value, and would be dutiable, according to the protest, under paragraph 413 of the act of 1890, but for that this paragraph does not include articles otherwise provided for. They are otherwise provided for in paragraph 398, which contains no such classifying provision as to such articles as are expressly included in it. Decision affirmed.